```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 4:04CR3165 |
| V. | ) | |
| | ) | |
| ELISANDRO CISNEROS, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

The defendant has entered a plea of guilty. Accordingly, the motion to suppress, filing 11, is denied as moot.

DATED this 17th day of May, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge