IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3165 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ELISANDRO CISNEROS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)     The government's unopposed motion to continue (filing 56) is granted.

(2)     The hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 49) has been reset before the undersigned United States district judge to Wednesday, August 26, 2009, at 1:00 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(3)     The United States Marshal is directed to return the defendant to the district for the hearing.

June 26, 2009.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge